## WATSON v. STATE.

### No. 21249.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment being assessed at seven years in the penitentiary.

The record before this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## SHERRILL v. STATE.

### No. 21174.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

Earl Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

This appeal is before the court without a statement of facts or bills of exception. We have examined the record and find that the indictment, presentment and trial of the case appear regular. There is no issue that may be considered.

The judgment is affirmed.